# United States District Court
## Northern District of New York
## Amended Civil Judgment

*John Doe a/k/a Harold G. Stone, Jr.,*
*and Jane Doe a/k/a Jennifer Stone,*

                                             *Case Number:*

                *Plaintiffs,*

                *-v*                              *6:06cv1045 (DEP)*

*Patrick W. Kaiser,*

                *Defendant.*

(XX)   *Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.*

**IT IS ORDERED AND ADJUDGED,** *Plaintiff John Doe is hereby awarded compensatory damages for mental anguish and emotional distress in the amount of $50,000 and additionally punitive damages in the sum of $25,000, and it is further*

**ORDERED AND ADJUDGED,** *Plaintiff Jane Doe is hereby awarded the sum of $150,000 in compensatory damages and additionally punitive damages in the sum of $25,000, against the defendant, and it is further,*

**ORDERED AND ADJUDGED,** *plaintiff's are further awarded additional actual damages in the amount of $462, representing out-of-pocket losses associated with defendant's conduct, and further the sum of $16,250.67, representing litigation costs and reasonable attorneys' fees.*

*A Civil Judgment having been entered in this action on the docket on July 10, 2007.  This Amended Judgment reflects the true names of the parties involved.*

*This Amended Judgment is pursuant to an Order by United States Magistrate Judge David E. Peebles, dated July 12, 2007.*

                                                       *Lawrence K. Baerman, Clerk*

*Dated: July 12, 2007*

Lawrence K. Baerman
Clerk of Court

                                            *By: Marie N. Marra, Deputy Clerk*